[No. 51216-1-I.  Division One.  July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN Y. TAYLOR,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00938-1, Joseph A. Thibodeau, J., entered October 3, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51251-0-I.  Division One.  July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY ROBERT
PULLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05932-3, Michael S. Spearman, J., entered October 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51292-7-I.  Division One.  July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SOLOMON TAKELE,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-02976-2, Laura C. Inveen, J., entered October 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51338-9-I.  Division One.  July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY RALPH
LEE PERRIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00946-1, Steven J. Mura, J., entered October 17, 2002. *Affirmed* by unpublished per curiam opinion.